MACEDO SOARES, INC., Respondent, v. JOSE GUERTZENSTEIN, Appellant.— We have given full consideration to the rule expressed in *Feingold* v. *Walworth Bros.* (238 N. Y. 446) with respect to the extent of the penalty to be imposed for failure of defendant to appear for examination before trial. We find, however, that the examination directed herein was sufficiently extensive to warrant

striking the answer as a whole for failure of defendant to appear. No substantial issues remained upon which defendant might be heard. Present — Glennon, J. P., Dore, Cohn, Callahan and Shientag, JJ. [See *post*, p. 791.]